Case 4:26-cv-00604   Document 7   Filed 02/20/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LILIANA MARIA LEIVA-BONILLA, <br> Petitioner, <br> VS <br><br> GABRIEL MARTINEZ, *et al* <br> Respondents. | § <br> § <br> §    CIVIL ACTION NO. 4:26cv604 <br> § <br> § |

### ORDER OF DISMISSAL

In accordance with the Voluntary Notice of Dismissal Pursuant to R.R.C.P. 41(a)(1), filed on February 19, 2026 (Doc. No. 6), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). All fees and expenses shall be taxed against the party incurring same.

SIGNED on this 20th day of February 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE